**FILED**

JAN 1 4 2010

Clerk U.S. ........... and
............

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------:

Christopher-Earl: Strunk in esse, and Chris
Strunk jus tertii - 593 Vanderbilt Ave. # 281
Brooklyn New York 11238 Ph. 845-901-6767

                     Plaintiff,

v.

U.S. DEPARTMENT OF INTERIOR (DOI),
U.S. GEOLOGICAL SURVEY (USGS),
SUSQUEHANNA RIVER BASIN COMMISSION,
DELAWARE RIVER BASIN COMMISSION,
THE CITY OF NEW YORK (NYC),
AMERICA 2050.ORG, U.S. DEPARTMENT
OF AGRICULTURE (USDA), JOHN and
JANE DOE(S) and XYZ ENTITIES,

                     Defendants. :

--------------------------------------------------X

Case: 1:10-cv-00066
Assigned To : Leon, Richard J.
Assign. Date : 1/14/2010
Description: FOIA/Privacy Act

**VERIFIED COMPLAINT**
**FOR DECLARATORY**
**JUDGMENT**
**WITH PETITION FOR**
**WRIT OF MANDAMUS**
**UNDER F.O.I.A. AND**
**EQUITY RELIEF**

Accordingly, Christopher-Earl: Strunk in esse, as the Plaintiff / Petitioner, brings this Complaint

with five (5) causes of action that arise under the National Security Act of 1947 as amended 50

U.S.C. 401, et sequitur, with the classified *National Security Study Memorandum 200* plan of

action for *"Implications of Worldwide Population Growth For U.S. Security and Overseas*

*Interests"* implemented December 10, 1974 by National Security Advisor Henry Kissinger et al.

as applies as to the domestic embedding of Central Intelligence Federal Agents in New York

agencies and elsewhere for domestic population reduction for www.America2050.org further

collectivizing of the New York's *Farm Sector* with the 2008 U.S. Farm Bill [1] corporatist control

of output, land use and markets outside and within the Susquehanna River Basin Compact of

---

1   The Food, Conservation, and Energy Act of 2008 (Pub.L. 110-234, 122 Stat. 923, enacted
May 22, 2008, H.R. 2419, also known as the 2008 U.S. Farm Bill) was a $288 billion, five-year
agricultural policy bill that was passed into law by the United States Congress on June 18, 2008,
continues the long history of agricultural subsidy as well as pursuing areas such as energy,
conservation, nutrition, and rural development. include increases in Food Stamp benefits,
increased support for the production of cellulosic ethanol, and money for the research of pests,
diseases and other agricultural problems.

**RECEIVED**

DEC 1 4 2009

Clerk, U.S. District and
Bankruptcy Courts

1970 (SRBC), Delaware River Basin Compact of 1961 (DRBC) under the rubric of environmental protection that facilitates the NYC Enterprise for unjust enrichment at the hub of the *Regional Planning Association's* "Northeast Megaregion", that is in furtherance of the Hoover Commission 1948 plan to transform the United States into ten economic regions, notwithstanding State 9th and 10th Amendment interest. The Enterprise's various Entities, John and Jane Does use *food as a weapon* against resistance to population control genocide defined under the Proxmire Act and prohibited internationally, domestically and especially within New York. Plaintiff seeks equity protection relief with a declaratory judgment as to DOI, USGS, SRBC, DRBC, NYC, USDA et al. actions to deny a republican form of government, and writ of mandamus of USDA with the Freedom of Information Act that challenges the alleged 5 U.S.C. §552(b)(3) exemption as to other federal statutes 7 U.S.C. §2276(a)(2) and 7 USC §2276(b)(2), in that USDA's overly-broad interpretation infringes Plaintiff's U.S. Constitutional right to a republican form of government, First Amendment right, as well as his 5th, 9th and 10th Amendment rights within New York, as an intrastate commerce matter that by the watershed [2] Compacts restricts farm production, land use and technology for 50 years; and as such Petitioner is entitled to have any law interpreted so as not to construe Congressional intent to abridge substantive rights as with the First, Fifth, 9th, 10th Amendments and U.S. Constitution in its entirety, as citizen's rights shall always be protected by government, and right to know with the Freedom of Information Act, 5 U.S.C. §552, et sequitur, against Defendants USDA et al., stating:

## JURISDICTION AND VENUE

1. Jurisdiction is properly before this Court by federal statute with United States District Courts under 28 USC §1331 with a Federal question and under 28 USC §1346.

---

2 A watershed is an area of land that drains all the streams and rainfall to a common outlet such as the outflow of a reservoir, mouth of a bay, or any point along a stream channel. The word watershed is sometimes used interchangeably with drainage basin or catchments. Ridges and hills that separate two watersheds are called the drainage divide. The watershed consists of surface water-- lakes, streams, reservoirs, and wetlands—and all the underlying ground water. Larger watersheds contain many smaller watersheds.

2.  This particular District Court for the District of Columbia affords the proper venue under 28 USC §1391(e) (2) for this action in that Defendant DOI and Defendant USDA are located within the District of Columbia and Defendant(s) actions separately and or in concert are within.

## FACTS

3.  On May 15, 1862, President Abraham Lincoln established the independent Department of Agriculture to be headed by a Commissioner without Cabinet status. Lincoln called it the "people's department," and despite Lincoln's efforts after he was assassinated by the Jesuits, in the 1880s, varied interest groups lobbied for Cabinet representation. Business interests sought a Department of Commerce and Industry, and farmers tried to raise the Department of Agriculture to Cabinet rank. In 1887, the House of Representatives and Senate passed bills giving Cabinet status to the Department of Agriculture and Labor, but the bill was killed in conference committee after farm interests objected to the addition of labor. Finally, on February 9, 1889, President Grover Cleveland signed a bill into law elevating the Department of Agriculture to Cabinet level.

4.  Prior to the Civil War, the Farm Sector per se produced the substantial available energy as the biggest competitor of the fledgling oil industry of John Davison Rockefeller (July 8, 1839 – May 23, 1937). who as an American devoted Northern Baptist industrialist supported many church-based institutions throughout his life that adhered to total abstinence from alcohol and tobacco. He financed the 18th Prohibition Amendment as a business decision to suppress Henry Ford's farm sector fuel production; and thereby, benefiting from the 18th amendment Rockefeller revolutionized the petroleum industry and the Utopian [3] structure of modern philanthropy.

---

3  Saint Thomas More coined the word "utopia", a name he gave to the ideal, imaginary island nation whose political system he described in *Utopia*, published in 1516, defined creation of what now is mis-defined as Marxism and or Communism's Jesuit *reductions* of Paraguay in the 1600's.

5.   That Democrat Party Progressive Henry Ford (July 30, 1863 – April 7, 1947) was the American founder of the Ford Motor Company and father of modern assembly lines used in mass production who as a devoted Protestant Episcopal revolutionized the use of ethanol as a fuel, opposed Prohibition aligned with *the Association Against the Prohibition Amendment* whose leader John Jakob Raskob, KCSG (19 March 1879 - 15 October 1950), as a Sovereign Military Knight of Malta member was the financial executive / businessman for DuPont and General Motors, builder of the Empire State Building was the chairman of the Democratic National Committee from 1928 to 1932 and the key supporter of Alfred E. Smith's candidacy for President who then worked with the Fr. Charles Coughlin, S.J. and Fr. John Ryan, S.J. ("Mutt and Jeff") to elect Franklin D. Roosevelt; and after FDR became President, Raskob then became the prominent opponent of the New Deal through his support of a number of anti-Roosevelt organizations including the American Liberty League exposed by General Smedley Butler.

6.   The Webb-Kenyon Act was passed by the United States Congress in 1913 and was sponsored by Rep. Edwin Y. Webb (Democrat) of North Carolina and Sen. William S. Kenyon (Republican) of Iowa, it passed over President Taft's veto. It prohibited the shipping of alcohol into "dry" states where state law prohibited it and was considered a major foot in the door Utopian victory, lacked specified punishments the law nevertheless restrained the Farm Sector.

7.   The First World War severely disrupted agriculture in Europe; that however, worked to

---

That More too held there is no salvation outside of the Roman Catholic Church and as for heretics apostates and schismatics in his inquisition against Protestantism supported the Catholic Church and saw heresy as a threat to the unity of both church and society.

"He agreed with established English law, and with the lessons taught by the thousand-year experience of Christendom, that in order for peace to reign, heresy must be controlled. At the time, heresies were identified as seditious attempts to undermine existing authority .... More heard Luther's call to destroy the heart of Christendom, the Catholic Church, as a call to war. He therefore followed traditional procedures to ensure the safety of this legitimate and time-honored institution."

the advantage of farmers in America who were able to use new machines such as the combine

harvester to dramatically increase production. During the war, American farmers were able to

export the food that was surplus to the requirements of the home market and with the support of

Henry Ford's value added use of surplus produce including ethanol fuel much to the chagrin of

John D. Rockefeller who had urged specified punishments within the Webb-Kenyon Act.

8.  During this time, Herbert Hoover (b. 10 August 1874, d. 20th October, 1964.) the son of

a Quaker, born in West Branch, Iowa, Orphaned as a child,  brought up by his uncle in Oregon.

Hoover attended Stanford University and graduated as a mining engineer in 1895. Hoover

worked on industrial projects in several countries and on the outbreak of the First World War

was in London. Hoover was made head of American Relief Commission (1914-15) and chairman

of the American Relief Commission for Relief in Belgium (1915-19). When the United States

entered the war in 1917, Woodrow Wilson used Hoover's experience by making him as national

food administrator who worked with Fr. Edmund Walsh, S.J., facilitator of the Versailles Treaty

structure in the U.S. DOS's Foreign Service and founder of the Georgetown University School of

Foreign Service, facilitated Hoover's responsibility for distributing 18,500,000 tons of food to

the Allies , including Fr. Walsh's Utopian Bolsheviks in the Soviet Union; and

9.  However, the philosophical practice of Herbert Hoover [4] opposed any subsidy of the

---

4       In 1920 Warren Harding appointed Hoover as his Secretary of Commerce. Over
the next seven years, Hoover was associated with the successful growth in the American
economy. Companies in the United States began to make full use of what became known as mass
production. This increase in output enabled America to produce items that were cheaper than
those manufactured by her European competitors. Inflation remained low while incomes
increased by an average of 35% during this period.
        When Calvin Coolidge decided not to run in 1928, Hoover won the Republican Party
nomination. The so-called Wall Street Crash in October 1929 orchestrated by the SMOM and the
cash shortage manipulated by the Federal Reserve collapsed the State Clearinghouse banks, the
Vatican Bank with Utopian policies created the worst depression in American history. Hoover
was slow to provide federal relief to farmers and stubbornly refused to give help to the
unemployed in urban areas. Hoover vetoed a bill that would have created a federal

Farm Sector, in later interview quoted in the *New York Times* (31st October, 1936) stated quote:

"I rejected the schemes of economic planning to regiment and coerce the farmer. That was born of a Roman despot 1400 years ago and grew into the AAA. I refused national plans to put government into business in competition with its citizens. That was born of Karl Marx. I vetoed the idea of recovery through stupendous spending to prime the pump. That was born of a British Professor (John Maynard Keynes)."

10. The 18th Amendment to the U.S. Constitution banned the manufacture, sale, and

transportation of alcohol. It was ratified on January 16, 1919 and repealed by the 21st

Amendment in 1933. In the over 200 years of the U.S. Constitution, the 18th Amendment

remains the only Amendment to ever have been repealed; whose text follows:

Section 1. After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.
Section 2. The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.
Section 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

---

unemployment agency and opposed a plan to create a public works program.
Many American veterans of the First World War found it difficult to find work. An increasing number concluded that the money would be more useful to them in this time of need than when the bonus was due. Congress had voted veterans $3,500,000,000; however, this was to be spread over 20 years. In May 1932, 10,000 of these ex-soldiers marched on Washington in an attempt to persuade Congress to grant immediate payment of the bonus, camped at Anacostia Flats, Hoover gave orders for the camp to be cleared by troops under the command of General Douglas MacArthur.
Andrew Mellon was Hoover's secretary of the treasury. Mellon followed policies that involved cutting income tax rates and reducing public spending. He also ended the excess profits tax. Mellon's policies created a great deal of controversy and he was accused of following policies that favored the wealthy.
During the 1932 presidential election, Hoover argued that the role of government was one of an "umpire" rather than "player". He believed that America owed its financial prosperity in the 1920s to this "non-interference" policy and it was just a matter of time before natural economic forces would bring about a revival of trade. The American people did not accept Hoover's arguments and his Democratic opponent, Franklin D. Roosevelt easily defeated him.
Out of power, Hoover opposed Roosevelt's New Deal program during the 1930s. After the Second World War, Hoover was involved in several American relief operations in Europe. He wrote *The Basis for Lasting Peace* (1945) and several volumes of autobiography. Chaired the Hoover Commission of 1948 along with war planner George F. Kennan.

11. The Bureau of Prohibition (or Prohibition Unit) [5] was the federal law enforcement agency formed to enforce the National Prohibition Act of 1919, commonly known as the Volstead Act, which backed up the 18th Amendment to the United States Constitution regarding the prohibition of the manufacture, sale, and transportation of alcoholic beverages. When it was first established in 1920, it was a unit of the Bureau of Internal Revenue. On April 1, 1927, it became an independent entity within the Department of the Treasury, changing its name from the Prohibition Unit to the Bureau of Prohibition.

12. By the 1920s, European agriculture had recovered and American farmers found it more difficult to find export markets for their goods and with Prohibition were limited in the ability to produce value added products with a surplus – faltered, and are displaced intentionally by the Rockefeller Cartel. Farmers continued to produce more food than could be consumed and consequently prices began to fall. The decline in agricultural profits meant that many farmers had difficulty paying the heavy mortgages on their farms. By the 1930s, many American farmers were in serious financial difficulties.

13. According to the *New Republic Magazine* (1932) quote:

"Beginning in the Carolinas and extending clear into New Mexico are fields of unpicked

---

5      Its investigators were called "Prohibition Agents," or more colloquially "prohis." Its most famous agent was Eliot Ness. Some of the other famous lawmen who carried a "Prohi's" badge at included the two-agent team of Isidor "Izzy" Einstein and Moe Smith, working out of the New York City office, compiled the best arrest record in the history of the agency.

On July 1, 1930, the Prohibition Bureau was transferred from the Treasury Department to the Department of Justice. Early in 1933, as part of the Franklin D. Roosevelt-sponsored "Omnibus Crime Bill," the Prohibition Bureau was briefly absorbed into the Federal Bureau of Investigation (FBI), or "Division of Investigation" as the agency was then called. At this point it became the "Alcohol Beverage Unit." Though part of the FBI on paper, J. Edgar Hoover, who wanted to avoid liquor enforcement and the taint of corruption that was attached to it, continued to operate it as a separate, autonomous agency in practice.

Following the repeal of Prohibition in December 1933, the Alcohol Beverage Unit was removed from the FBI and the Justice Department, and returned to Treasury, where, coming full circle, it became the Alcohol Tax Unit of the IRS, ultimately evolving into the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

cotton that tell a mute story of more cotton than could be sold for enough, even to pay the cost of picking. Vineyards with grapes still unpicked, orchards of olive trees hanging full of rotting fruits and oranges being sold at less than the cost of production. "

14. In an interview of a Oscar Heline, farmer from Iowa, by <u>Studs Terkel</u> in *Hard Times* (1970) discussed the long-term impact of prohibition injuries thrust upon the Farm Sector, quote:

"Grain was being burned. It was cheaper than coal. In South Dakota, the county elevator listed corn as minus three cents a bushel. If you wanted to sell them a bushel of corn, you had to bring in three cents. We had lots of trouble on the highway, people were determined to withhold produce from the market - livestock, cream, butter, eggs, what not. If they would dump the produce, they would force the market to a higher level. The farmers would man the highways and cream cans were emptied in ditches and eggs dumped out. They burned the Trestie Bridge, so the trains wouldn't be able to haul grain."

15. That although Fr. John Ryan, S.J. and Franklin Roosevelt had allegedly never met, they were well aware of each other's reputations prior to Roosevelt's election as president. Roosevelt wrote to Father Ryan during the closing months of the 1932 campaign, inviting Ryan to voice his opinions on various subjects to Roosevelt's chief advisor, Raymond Moley. Moley was a professor of government and law at Columbia University before serving as one of Roosevelt's "brain trusters" and as a campaign speechwriter. After Roosevelt's landslide victory in November 1932, Father Ryan wasted no time in writing to Moley. This letter from Ryan, as well as Moley's response, provide a succinct picture of Ryan's attitude towards the outgoing Hoover administration and his hopes for economic reform under Roosevelt; and

16. Working together the Mutt and Jeff team of Fr. John Ryan, S.J. and Fr. Charles E. Coughlin, S.J. in 1932 Election campaign avidly for FDR. FDR is happy to have their support and used then to promote his own ends. Coughlin, for his part, thinks that he is going to exercise considerable influence on the incoming FDR Administration. In January 17, 1933, Coughlin visits newly elected President Franklin Roosevelt in New York City. In March 1933, Coughlin attends FDR's Inauguration, pledges continued support: and in the Detroit banking crisis. Coughlin charges that Detroit bankers approved fraudulent loans to themselves to cover their

investments during the 1929 stock market collapse and as a result, he opposes any use of

Reconstruction Finance Corporation Funds to shore up the still solvent Detroit banks. Over

protests by its financial leaders, Secretary of Treasury William Woodin appoints federal

conservators to assume control of resources of two major Detroit banks. Coughlin decides he

must defend the administration, and acting as its unofficial spokesman, he attacks the Detroit

banking community. It is unclear as to whether he was actually asked by administration officials

to speak on the matter.

17. As such with the influence of the Jesuit *Utopians* Fr. Ryan and Fr. Coughlin, C. B.

Baldwin became the assistant to <u>Henry Wallace</u>, Secretary of Agriculture, in Franklin D.

Roosevelt's administration in 1933, stated quote:

> "The New Deal was an uneasy coalition. Fights developed very early between two factions:
> one, representing the big farmers, and the other, and the little farmers. The Agricultural
> Adjustment Administration (AAA) came into being shortly after I got to Washington. Its
> purpose was to increase farm prices, which were pitifully low. All the farmers were in
> trouble, even the big ones. Hog prices had just gone to hell. They were four, five cents a
> pound. The farmers were starving to death. It was decided to slaughter piggy sows (a
> pregnant pig). The AAA decided to pay the farmers to kill them and the little pigs. Lot of
> them went into fertilizer. Then a great cry went up from the press, particularly the Chicago
> Tribune, about Henry Wallace slaughtering these little pigs. You'd think they were precious
> babies. You had a similar situation on cotton. Prices were down to four cents a pound and the
> cost of producing was probably ten. So a program was initiated to plow up cotton. A third of
> the crop, if I remember. Cotton prices went up to ten cents, maybe eleven. "

18. When <u>Franklin D. Roosevelt</u> was elected as president, he appointed Henry Wallace as his

Secretary of Agriculture. In 1933, Wallace drafted the Agricultural Adjustment Act (AAA). The

AAA paid farmers not to grow crops and not to produce dairy produce such as milk and butter. It

also paid them not to raise pigs and lambs. The money to pay the farmers for cutting back

production of about 30% was raised by a tax on companies that bought the farm products and

processed them into food and clothing. The AAA also became involved alleging to help farmers

displaced by the solar sunspot creation of the <u>dust-bowl</u> in 1934, wrongly blamed upon farmers.

19. In 1936, the Supreme Court declared the AAA unconstitutional. The majority of judges (6-3) ruled that it was illegal to levy a tax on one group (the processors) in order to pay it to another (the farmers). In 1938, another AAA was passed without the processing tax. It was financed out of general taxation and was therefore acceptable to the Supreme Court.

20. As a chronology of events (See **Exhibit A**) that molded the collectivizing of the Farm sector in very much the same way now continued by the Usurper Barack Hussein Obama administration, the Utopians Charles Coughlin, John Ryan, who from 1932 through the 1936 Presidential Election are key to follow, first with Coughlin then with Ryan:

21. In light of the above chain of events in service of oil and chemical industry control over the eviscerated Farm Sector as a tool of the Military Industrial Complex warned of by President Eisenhower, on Dec. 10, 1974, the U.S. National Security Council under Henry Kissinger completed a classified 200-page study, "*National Security Study Memorandum 200: Implications of Worldwide Population Growth for U.S. Security and Overseas Interests*." The study falsely claimed that population growth in the so-called Lesser Developed Countries (LDCs) was a grave threat to U.S. national security. Adopted as official policy in November 1975 by President Gerald Ford, NSSM 200 outlined a covert plan to reduce population growth in those countries through birth control, and implicitly, war and famine. Brent Scowcroft, who then replaced Kissinger as national security adviser (the same post Scowcroft was to hold in the Bush administration), was put in charge of implementing the plan, CIA Director George Bush was ordered to assist Scowcroft, as were the secretaries of state, treasury, defense, and agriculture.

22. The bogus arguments that Kissinger advanced were not original. One of his major sources was the Royal Commission on Population, which King George VI had created in 1944 "to consider what measures should be taken in the national interest to influence the future trend of population." The commission found that Britain was gravely threatened by population growth

in its colonies, since "a populous country has decided advantages over a sparsely-populated one for industrial production." The combined effects of increasing population and industrialization in its colonies, it warned, "might be decisive in its effects on the prestige and influence of the West," especially effecting "military strength and security."

23. NSSM 200 similarly concluded that the United States was threatened by population growth in the former colonial sector. It paid special attention to 13 "key countries" in which the United States had a "special political and strategic interest": India, Bangladesh, Pakistan, Indonesia, Thailand, the Philippines, Turkey, Nigeria, Egypt, Ethiopia, Mexico, Brazil, and Colombia. It claimed that population growth in those states was especially worrisome, since it would quickly increase their relative political, economic, and military strength.

24. For example, Nigeria: "Already the most populous country on the continent, with an estimated 55 million people in 1970, Nigeria's population by the end of this century is projected to number 135 million. This suggests a growing political and strategic role for Nigeria, at least in Africa." Alternatively, Brazil: "Brazil clearly dominated the continent demographically." The study warned of a "growing power status for Brazil in Latin America and on the world scene over the next 25 years."

25. As for "Food as a weapon", there were several measures that Kissinger advocated to deal with this alleged threat, most prominently, birth control and related population-reduction programs. He also warned that "population growth rates are likely to increase appreciably before they begin to decline," even if such measures were adopted.

26. A second measure was curtailing food supplies to targeted states, in part to force compliance with birth control policies: "There is also some established precedent for taking account of family planning performance in appraisal of assistance requirements by AID [U.S. Agency for International Development] and consultative groups. Since population growth is a

major determinant of increases in food demand, allocation of scarce PL 480 resources should take account of what steps a country is taking in population control as well as food production. In these sensitive relations, however, it is important in style as well as substance to avoid the appearance of coercion."

27. Kissinger further advanced that "Mandatory programs may be needed and we should be considering these possibilities now," the document continued, adding, "Would food be considered an instrument of national power? ... Is the U.S. prepared to accept food rationing to help people who can't/won't control their population growth?"

28. Kissinger also predicted a return of famines that could make exclusive reliance on birth control programs unnecessary. "Rapid population growth and lagging food production in developing countries, together with the sharp deterioration in the global food situation in 1972 and 1973, have raised serious concerns about the ability of the world to feed itself adequately over the next quarter of century and beyond," he reported.

29. The cause of that coming food deficit was not natural, however, but was a result of western financial policy: "Capital investments for irrigation and infrastructure and the organization requirements for continuous improvements in agricultural yields may be beyond the financial and administrative capacity of many LDCs. For some of the areas under heaviest population pressure, there is little or no prospect for foreign exchange earnings to cover constantly increasingly imports of food."

30. "It is questionable," Kissinger gloated, "whether aid donor countries will be prepared to provide the sort of massive food aid called for by the import projections on a long-term continuing basis." Consequently, "large-scale famine of a kind not experienced for several decades—a kind the world thought had been permanently banished," was foreseeable—famine, which has indeed happened.

**31.** By May 22, 2008, it is clear that World Bank and IMF policies of arm-twisting developing nations to drop trade barriers have produced high food prices and shortages in Honduras and Haiti. Is just a coincidence or is it a conspiracy that the World Bank is using food as a weapon as the Oil Cartel's Henry Kissinger "predicted" in order for world population of "useless eaters" to be curtailed?  Is now under the Carbon Tax regime sought as global tax policy this as a policy or a mandate of the genocidal World Bank and IMF also carried out against the domestic population of the USA by the Usurper Barack Hussein Obama; requires the immediate end to Defendants actions complained of below with immediate FOIA resolution as follows:

## AS AN FOR THE FIRST CAUSE OF ACTION
### (Federal Defendants actions violate the anti-genocide Proxmire Act)

32.     Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 31 with the same force and effect as though herein set forth at length.

33. **Petitioner Christopher-Earl: Strunk in esse** (hereinafter "Plaintiff" or "Petitioner"), is an individual with place for service at 593 Vanderbilt Avenue #281 Brooklyn, NY 11238; Email: uncasvotes2@yahoo.com, cell-845-901-6767.

34. That Plaintiff has Agricultural experience in the NYC based "Greenthumb" program in association with Cornell University's Agricultural Extension Service from 1992 through 2001, and with a background in Aquaculture and Hydroponics with a grant application to the National Oceanic and Atmospheric Administration (NOAA) in the 1990's.

35. That Plaintiff seeks proof of the injury as to himself personally in the matter of the malicious and unconstitutional collectivizing of the New York Farm Sector using the ability to interview present and past New York farmers that may only be discretely done by access to the mailing addresses of all the current demographic of New York Farmers enumerated in the current statistics for the state of New York from 2007 thru the present; and furthermore to

compare all the addresses of the prior demographic of New York's Farmers / Farms enumerated

in the prior demographic and statistics from 1967 thru the present, however, dropped from the

current New York statistic enumeration for whatever reason.

**FEDERAL DEFENDANTS (hereinafter known as Federal Defendants and Defendants):**

36. **Defendant United States Department of Interior** (DOI) is a governmental Agency

located at 1400 Independence Avenue SW, Washington, D.C. 20250, with Ken Salazar, the

Secretary of the Interior with cabinet level authority over the USGS.

37. **Defendant United States Geological Survey** (USGS), is a governmental agency under

the authority of the Secretary for the Department of the Interior, and whose USGS National

Headquarters Center and the Eastern Regional Executive, Dave Russ, 12201 Sunrise Valley

Drive, Mail Stop 953, Reston, VA 20192  Ph. 703-648-6660.

38. **Defendant Susquehanna River Basin Commission** (created under the SRBC Compact

of July 19, 1968), with Paul O. Swartz as *Executive Director* located at 1721 North Front Street,

Harrisburg, PA 17102 717-238-0423, www.srbc.net,

srbc@srbc.net, with Commission Members of New York,

Pennsylvania, Maryland, United States: Dr. Robert M.

Summers, Brigadier General Todd T. Semonite, Kenneth

P. Lynch, Cathleen C. Myers, Herbert M. Sachs, Col.

Peter W. Mueller, Scott J. Foti, John T. Hines, Col.

Christopher J. Larsen, Susan K. Weaver, Amy M. Guise.



39. **Defendant Delaware River Basin Commission** (created by US PL87-328 approved

092761 in 75 Statutes at Large 688, 53 Delaware Laws, Chapter 71 approved 052661, NJ Laws

of 1961 Chapter 13 Approved 050161, NY Laws of 1961 Chapter 148 approved 031761, PA

Acts of 1961 Act No. 268 approved 070761) in its Status report of  December 2008 has Carol R.

Collier Executive Director, located at 25 State Police Drive, West Trenton, NJ 08628 Ph. 609.883.9500 with Commission Members of: Delaware- Gov. Ruth Ann Minner; New Jersey- Gov. Jon S. Corzine; New York- Gov. David A. Paterson; Pennsylvania - Gov. Edward G. Rendell, and the United States by Brigadier General Todd T. Semonite, who is presumed to be the River Master per se.



40. **Defendant America 2050** entity with  Director, Petra Todorovich, located at  4 Irving Place, Suite 711-S New York, NY 10003 T: 212-253-5795 Petra(at)rpa.org,

41. America 2050 and its agents operate as a national initiative associated with elements of the Intelligence community including the Central Intelligence Agency and National Security Agency that as a private unelected entity is used to meet the infrastructure, economic development and environmental challenges of the nation as we prepare to add about 130 million additional Americans by the year 2050; and is guided by the National Committee for America 2050, a coalition of regional planners, scholars, and policy-makers develop a framework for the nation's future growth considers trends such as:

42. A major focus of America 2050 is the emergence of megaregions - large networks of metropolitan areas, where most of the population growth by mid-century will take place. Examples of megaregions are the Northeast Megaregion, from Boston to Washington, or Southern California, from Los Angeles to Tijuana, Mexico. They comprise multiple, adjacent metropolitan areas connected by overlapping commuting patterns, business travel, environmental

landscapes and watersheds, linked economies, and social networks. At least ten megaregions
have been identified in the United States.

43. In Europe and Southeast Asia, governments are investing tens of billions of dollars in
high-speed rail and goods movement systems to connect networks of cities in what are termed
"global integration zones." These counterparts to America's megaregions are increasingly being
viewed as the new competitive units in the global economy, where knowledge workers can move
freely among urban hubs. Economic regeneration strategies are also being deployed at this scale,
to transition former industrial regions to the new information economy.

44. America 2050 is serving as a clearinghouse for research on the emergence of Megaregion
and a resource for Megaregion planning efforts nationwide. Its aim is to advance research on the
emergence of this new urban form while promoting planning solutions to address challenges that
span state and regional boundaries, demand cooperation / coordination at the Megaregion scale;
America 2050 supporters: The Rockefeller Foundation; The Doris Duke Charitable Foundation;
The Surdna Foundation; The Lincoln Institute of Land Policy; The J.M. Kaplan Fund; AECOM;
Park Foundation; The William Penn Foundation; STV Group, Inc.; The Ford Foundation.

45. **Defendant THE CITY OF NEW YORK,** (NYC) is a New York state subdivision and
as a municipality entity represented by its corporation counsel Michael Cardozo located at the
NYC Law Department 100 Church Street New York, NY 10007.

46. The city of New York Reservoir System is dependent upon the Delaware Catskill
watersheds and is connected to the Mid Hudson Valley watershed system by very long
aqueducts. All this happened because on June 7, 1954 in *New Jersey v. New York*, 347 U.S. 995
the Amended Decree of the United States Supreme Court established the current allocation of
water from the Delaware River Basin to New York City, New York, New Jersey, Pennsylvania,
and Delaware. As part of that historic   decree, entered on June 7, 1954, the U.S. Geological

Survey was designated as the home of a
new position: the Delaware River Master.
The USGS was selected because of its
long history--now 125 years--as a non-
regulatory, unbiased, and impartial
scientific agency that provides data,
information, and knowledge about the
Earth and its resources, processes, and
hazards so that others can make decisions
and set policy.



47.     The Delaware River Master
is responsible for administering the
provisions of the Decree, with timely and
accurate information on basin water
resources; and in return for New York City being able to divert 800 million gallons per day from
the Delaware River Basin, the City is required to release enough water from its upper-basin
reservoirs-- Neversink, Pepacton, and Cannonsville--to ensure the river flow is adequate for the
needs and health of downstream communities and ecosystems.

**48.    Defendant United States Department of Agriculture** (USDA), is a
governmental agency under the authority of its Cabinet Secretary, whose  National Agricultural
Statistics Service administrator Cynthia Z.F. Clark, located at U.S. Department of Agriculture
Room 4117, South Building 1400 Independence Avenue, SW Washington DC 20250, with
authority and control over the State of New York Department of Agriculture and Markets located
at 10B Airline Drive Albany New York 12235.

**49.**    USDA in furtherance of the conspiracy to collectivize the New York Farm Sector

allege a 5 U.S.C. §552(b)(3) exemption as to other federal statutes 7 U.S.C. §2276(a)(2) and 7

USC §2276(b)(2), in that USDA's overly-broad interpretation infringes Plaintiff's U.S.

Constitutional right

## AS AND FOR THE SECOND CAUSE OF ACTION

**(NYC by its agents with State action in conspiracy with agents of America 2050 and
Federal Defendants operate in bad faith with the Delaware River Basin Compact)**

50.    Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 49 with the same force and effect as though herein set forth at length.

51.    The Second cause of action complained of is that NYC's operation of the

Delaware water supply system s governed by a Decree issued by the United States Supreme

Court in New Jersey v. New York, 347 U.S. 995 (1954) ("1954 Decree") and subject to the

regulatory oversight of the Delaware River Basin Commission ("DRBC"), United Stated

Environmental Protection Agency, Delaware River Master (an employee of the United States

Geological Survey), New York State Department of Environmental Conservation, and New York

State Department of Health.

51-A. In July 2007 the "Final Filtration Avoidance Plan" by the  United States

Environmental Protection Agency (EPA), in consultation with the New York State Department

of Health (NYSDOH), has made a determination that New York City has an adequate long-term

watershed protection program for its Catskill/Delaware water supply that meets the requirements

of the Surface Water Treatment Rule (SWTR) and the Interim Enhanced Surface Water

Treatment Rule (IESWTR) for unfiltered water supply systems. This document, the Final 2007

Filtration Avoidance Determination (FAD), covers a watershed protection program to be

undertaken by the City over the next ten years, consisting of two five year periods: (i) 2007-2012

Period"), and (ii) 2012-2017 ("Second Five Year Period").

52. Originally, the 2007 FAD was planned to cover a five-year term. Consistent with this expectation, the City developed its 2006 Long-Term Watershed Protection Program with proposed program activities for five years. Subsequently, after further discussion among the City, EPA and the State, agreement was reached on the framework for a ten-year land acquisition program. The 2007 FAD requires the City to undertake a ten-year land acquisition program, in accordance with the terms and milestones described herein, which builds upon and expands the land acquisition provisions contained in NYC's 2006 Long-Term Watershed Protection Program.

53. The 2007 FAD requires the City to undertake a series of watershed protection initiatives and activities. During the entire ten years covered by the 2007 FAD, the City will undertake a land acquisition program, for the acquisition of fee title to, or conservation easements on, sensitive watershed lands, as described in this document. This program continues the City's successful land acquisition efforts over the past decade, but includes certain enhancements including additional funding commitments and a plan to substantially increase the use of land trusts and other non-government organizations to identify and help the City acquire eligible lands. In addition, during the First Five Year Period, the City will complete a series of additional programs and activities other than land acquisition ("Other Programs") which are described in detail in this document. Prior to the commencement of the Second Five Year Period, the City shall, in consultation with EPA and NYSDOH, evaluate which of the Other Programs should be continued into the Second Five Year Period, whether and how the Other Programs to be continued should be revised, and/or whether additional programs are necessary to ensure that the City continues to have an adequate long-term watershed protection program that meets the requirements of the SWTR and the IESWTR for unfiltered water supply systems. By December 15, 2011, the City shall provide its 2011 Revised Long-Term Watershed Protection Program for

the Second Five Year Period with proposed commitments for the Other Programs. The City's

proposed commitments will be subject to EPA/NYSDOH review and approval. Following review

and approval, the City will be required to meet the commitments for the Other Programs.

54. As a result of the 2007 Filtration Avoidance plan which is no more than a rubber

stamp for violation of the equal protection of Upstate Farmers and Citizens by avoiding the local

development of tertiary sewage and water treatment facilities to preserve the precious natural

resource stolen from Upstate New Yorkers in deprivation of their 5th, 9th 10th amendment

riparian rights along with their Constitutional right to a republican form of government now

denied despite the express provision of the State Constitution in its entirety.

55. All Defendants push farmers off their land, with the supporters of America 2050 who

conspire to return all the watersheds to a wilderness pristine state hundreds of miles from where

the actual NYC municipal sovereignty is within its questionable border, and therein must treat

water and sewage is not done to the detriment of NYC citizens as well as those Citizens and

Farmers being impoverished Upstate; NYC instead continues to waste huge amounts of water,

dumps raw sewage from the combined sewers into the rivers, and without modern filtration still

fail to clear the actual drinking water of estrogenic, organic compounds and microscopic diseases

that escape antiquated existing filtration methods requiring extensive use of "safe" bottled water.

56. In destroying the New York Farm Sector, NYC requires trans-shipment of food

from California, Mexico, Chile and unknown points as a financial burden upon residents that

otherwise would be solved with local production and the nearby Upstate Farm Sector; and

further burdens residents by the Utopian restrictive agricultural regulation just as complained of

in 1935 by the Schechter Brothers' challenge to the National Recovery Act (NRA) and local

oppressive regulation of intra-state agriculture and involving animal husbandry.

57. That NYC runs an oppressive upstate criminal enforcement program of

20

questionable regulations that should have been solely under the control of the State per se.

58.     That NYC operates in the context of its expanded and extra legal debt ceiling by

using the Federal census without an accurate enumeration of permanent resident aliens and

citizens of any age differentiated from Tourists at will and diplomatic persons that as a result a

large resident tourist population benefits the Enterprise who maintains a sanctuary policy that

prevents enforcement of INA law on tourists and violates the State Constitution in its entirety.

## AS AND FOR THE THIRD CAUSE OF ACTION

**(NYC by its agents' State action conspire with agents of the Federal Defendants to operate
in bad faith with the State Constitution to deny a republican form of government)**

59.     Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 58 with the same force and effect as though herein set forth at length.

60.     The Third cause of action complained of is that NYC's operation is too large

under the express use of the State Constitution must not have more than one-third of State

Senators.

## AS AND FOR THE FOURTH CAUSE OF ACTION

**(NYC by its agents with State action in conspiracy with agents of America 2050, Federal
Defendants and those yet named as an Enterprise operate to reduce the worlds population
along with that of New York in violation of the Proxmire Act against Genocide)**

61.     Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 60 with the same force and effect as though herein set forth at length.

62.     The Fourth cause of action complained of is that NYC aids and abets the other

Defendants in carrying out both population control and genocide using the "Food as a Weapon"

policy of NSSM 200 and related law.

## AS AND FOR THE FIFTH CAUSE OF ACTION

**(The USDA by its agents along with State action of the NYS Department of Agriculture and Markets by its agents in conspiracy with agents of America 2050, Federal Defendants as part of the`,   Enterprise fail to provide addresses to Plaintiff under 5 USC 552)**

63.     Plainti.`.`repeats each and every allegation contained in the above introduction and

paragraphs 1 through 62 with the same force and effect as though herein set forth at length.

64.     The Fifth cause of action complained of USDA and its agents, on or about

November 13, 2009 wrongly denied Plaintiff appeal with supporting documents (See **Exhibit B**)

of his FOIA of Addresses ONLY of

> "production of electronic data and or access to the mailing addresses of all the current demographic of New York Farmers enumerated in the current statistics for the state of New York from 2007 thru the present; and furthermore all the addresses of the prior demographic of New York's Farmers / Farms enumerated in the prior demographic and statistics from 1967 thru the present, however, dropped from the current New York statistic enumeration for whatever reason. "

65.     That USDA aids and abets the other Defendants in carrying out both population

control and genocide using the "Food as a Weapon" policy of NSSM 200 and related law.

66.     As such, Christopher-Earl: Strunk in esse petitions this Court for extraordinary

relief in the nature of a writ of mandamus under 28 USC §1651, directed to Respondent, United

States Department of Agriculture, and its employees and agents in the New York Department of

Agriculture and Markets turn over the records requested pursuant to a Freedom of Information

Act referred to herein.


## ARGUMENT IN SUPPORT OF RELIEF

67. Petitioner / Plaintiff has standing to sue under the Freedom of Information Act (FOIA), 5

U.S.C. § 552 et seq. (1994); and anyone denied information under the Freedom of Information

Act (FOIA), 5 U.S.C. § 552 et seq. (1994) has standing to sue regardless of his or her

reasons. *Akins vs.FEC*, 322 US. App. D.C. 58; 101 F.3d 731; 1996 U.S. App. LEXIS 31253

(1996), 524 U.S. 11 (1998); *Public Citizen vs. FTC*, 276 U.S. App. D.C. 222, 869 F.2d

1541(D.C. Cir. 1989).

68. For the above aforementioned reasons, the above requested documents are of great public

interest and without receiving said documents; in that to deny a full review with a narrow

interpretation of the associated laws would further Plaintiff's jus tertii risk of allowing denial of a

republican form of government as well as suppression of his First, Fifth, Ninth, Tenth

Amendment Rights among the entire requirements of the U.S. Constitutional which constitutes a

National Security dilemma and possible violation of the Proxmire anti-genocide Act as well.

69. The court determines whether disclosure is warranted by *"balanc[ing] the public interest*

*in disclosure against the [privacy] interest Congress intended the Exemption to protect." Dep't*

*of Justice v. Reporters Comm. for Freedom of Press*, 489 U.S. 749, 776 (1989). The public

interest in disclosure lies in *"open[ing] agency action to the light of public scrutiny," Reporters*

*Comm.*, 489 U.S. at 772.

70. Under FOIA, 5 U.S.C. § 552, Attorney Fees and Costs are appropriate pursuant to § 552

(a)(4)(E).

## CONCLUSION

For the above aforementioned reasons, this Court should Mandate and Order the U.S.

Department of Agriculture and or agencies under it's' control to immediately turn over the

documents referred to above, and issue a declaratory judgment on the equity matters complained

of as to Federal Defendants collectivizing of the Farm Sector, and include a special master to

determine the facts associated with the oppression in the Farm Sector in the event that the

judgment defers to the USDA decision on appeal and or refuses to hold against the matter of the

specific law 7 U.S.C. §2276(a)(2) and 7 USC §2276(b)(2) constitutionality as if even though

such interpretation being overly broad only expressly uses "person" would also include addresses

or even zip codes from fifty years earlier to the present is outrageously absurd; and that

otherwise, the denial must be deemed facially unconstitutionally overbroad with the intent of the

law as to the Congresses lack of authority to infringe speech, and thereby subjects 7 U.S.C.

§2276(a)(2) and 7 USC §2276(b)(2) to judicial review. In that any communication with a

proposed occupant at any such address only, if the occupant were in fact still a farmer, because

much has changed as a result of the outrageous Enterprise activity under color of the watershed

Compacts, puts individual responsibility for the specific statistics or complaints as to

Defendant(s)'s actions if any at the address with the owner in keeping with the law; and that if

proven as malicious justifies ordering treble punitive damages and other different relief deemed

necessary by the Court.

.

Respectfully submitted,

Dated: December 10, 2009
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: uncasvotes2@yahoo.com
Cell- (845) 901-6767

# VERIFICATION

STATE OF NEW YORK )
                           ) ss.
COUNTY OF KINGS )

Accordingly, I, Christopher-Earl: Strunk in esse, being duly sworn, depose and say under penalty

of perjury:

1. That I am the Plaintiff / Petitioner, Christopher Earl Strunk, pro se without being an

   attorney, with place for service at 593 Vanderbilt Avenue #281 Brooklyn, New York

   11238; Email: uncasvotes2@yahoo.com Cell- (845) 901-6767.

2. I have read the above Complaint for Declaratory Judgment with Petition for

   Extraordinary Relief in the Nature of a Writ of Mandamus under F.O.I.A. and equity; and

   I know its contents; the facts stated in the Petition are true to my own personal

   knowledge, except as to the matters therein stated to be alleged on information and belief,

   and as to those matters I believe it to be true. The grounds of my beliefs as to all matters

   not stated upon information and belief are as follows: 3rd parties, books and records, and

   personal knowledge. except as to those stated upon information and belief, which I

   believe to be true.

                                              Christopher-Earl: Strunk in esse

Sworn to before me
This _10_ day of December 2009

Notary Public

                    GEORGE ANDERSON
          Notary Public, State of New York
                    No. 01AN5070990
               Qualified in Kings County
          Commission Expires Jan. 6, 2011